IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE JOHNSON, #141306, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-cv-559-MEF |
| | ) |
| SAM BROWN, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #18) to the Recommendation of the Magistrate Judge filed on December 19, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #17) filed on December 3, 2012 is adopted;

3. Defendant's motion for summary judgment is GRANTED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 11th day of January, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE